# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-MJ-24 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| DONOVAN RAY CROWL, | : | |
| Defendant. | : | |

## ORDER REGARDING USE OF VIDEO CONFERENCING

Pursuant to the CARES Act H.R.748 § 15002 *et seq*, and in accordance with General Order 20-07, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video conferencing to conduct the Detention Hearing held on January 22, 2021.

Accordingly, the proceeding held on this date may be conducted by video conference.

**IT IS SO ORDERED.**

January 26, 2021                                *s/Sharon L. Ovington*
                                                                   Sharon L. Ovington
                                                       United States Magistrate Judge